ASTORIA PLANET CORPORATION, Appellant, *v.* R. T. R. REALTY CORPORATION, Respondent.

(Argued February 16, 1931; decided March 24, 1931.)

*Raymond Gitlin, Irving Cyruli* and *William Walzer* for appellant.

*William V. Hagendorn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.